UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| REGINALD RIVERS, SR., | ) | Civil Action No. 8:19-cv-00345-TMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| ANDREW SAUL,[1] | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Reginald Rivers brought this action pursuant to 42 U.S.C. § 405(g), seeking judicial review of a final decision of the Social Security Commissioner denying his claim for benefits under the Social Security Act. (ECF No. 1). This matter is before the court on the Commissioner's motion, pursuant to sentence four of 42 U.S.C. § 405(g), for entry of judgment reversing the decision of the agency and remanding the case for further administrative proceedings. (ECF No. 25). Plaintiff consents to the motion to remand. *Id*. at 1.

Accordingly, the court **GRANTS** the motion to remand (ECF No. 25). The Commissioner's decision is **REVERSED**, pursuant to sentence four of 42 U.S.C. § 405(g), and this action is **REMANDED** to the Commissioner for further administrative proceedings.[2]

**IT IS SO ORDERED.**

s/Timothy M. Cain
United States District Judge

October 30, 2019
Anderson, South Carolina

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). *See also* section 205(g) of the Social Security Act, 42 USC 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

[2] The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.